**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney**            Case No. **16-60527**

Debtor(s)            Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be **$1,125.00 Monthly**, paid by ☐ Pay Order or ☑ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$67,500.00**.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **100%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is **$0.00**.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney**　　　　　　　　　　　　　　　　　Case No. **16-60527**

　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter 13 Proceeding

## ☐ *AMENDED*　　☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Bayview Financial Loan<br>26 Denwood, Jackson, TN | $354.97 | |
| Wfds/wds<br>2011 GMC Light Duty Acadia | $297.82 | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Colonial Real Estate Rental MGMT | Rent Lease | Assumed | No |
| Verizon | Cell Phone | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Form 11/7/05　　　*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney**　　　　　　　　　　　　　　　　　Case No. **16-60527**

　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____　　　　　　_____
Debtor　　　　　　　　　　　　　　　　　　　　Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney**            Case No. **16-60527**

Debtor(s)            Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Bayview Financial Loan<br>26 Denwood, Jackson, TN | | $76,059.00 | $615.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| Bankamerica | 4002 Tiger Dr, Killeen, TX 76549 |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L. Laughlin | $464.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| | | | |

Form 11/7/05      *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney**　　　　　　　　　　　　　　　　　　　Case No. **16-60527**

　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Bayview Financial Loan 26 Denwood, Jackson, TN | $28,397.25 | $28,397.25 | Pro-Rata | 0% | $28,397.25 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Wfds/wds 2011 GMC Light Duty Acadia | $23,826.00 | $23,826.00 | Pro-Rata | 5.5% | $27,099.78 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately **100%** of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | **$464.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$28,397.25** |
| Cure Claims | **$0.00** |
| Secured Claims | **$23,826.00** |
| Unsecured Claims | **$4,562.00** |

**VII. Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:
**None**

Form 11/7/05　　　*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Vivian A McKinney**  Case No. **16-60527**

Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

Respectfully submitted this date:  **8/2/2016**                              .

 /s/ Ed L. Laughlin
Ed L. Laughlin
1101 E Central Tx. Expwy.
Killeen, TX 76541
Phone: (254) 699-2460 / Fax: (254) 953-4528
(Attorney for Debtor)

 /s/ Vivian A McKinney
Vivian A McKinney
4202 Peppermill Hollow
Killeen, TX 76542
(Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: __Vivian A McKinney_____     CASE NO. **16-60527**
*Debtor*

_____                           CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

_____

   I, the undersigned, hereby certify that on August 31, 2016, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Ed L. Laughlin**
Ed L. Laughlin
Bar ID:11991500
Law Offices of Ed L. Laughlin
1101 E Central Tx. Expwy.
Killeen, TX 76541
(254) 699-2460

_____

Bankamerica
xxxx7547
4909 Savarese Cir
Tampa, FL 33634

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Wfds/wds
xxxxxxxx8915
Po Box 1697
Winterville, NC 28590

Bayview Financial Loan
xxxxxxxxx0237
4425 Ponce De Leon Blvd
Coral Gables, FL 33146

Military Star
xxxxxxxxxxxx5318
3911 S Walton Walker Blv
Dallas, TX 75236

Credit One Bank Na
xxxxxxxxxxxx3957
Po Box 98872
Las Vegas, NV 89193

Ray Hendren, C13 Trustee
3410 Far West Blvd (By Clerk)
Suite 200
Austin, TX 78731

Dell Fin Svcs L.l.c
xxxxxxxxxxxxxxx7637
1 Dell Way
Round Rock, TX 78682

Vivian A McKinney
4202 Peppermill Hollow
Killeen, TX 76542

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE: **Vivian A McKinney, Debtor**     CASE NO **16-60527**

CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $544.58 | $543.46 | $542.33 | $541.20 | $540.07 | $538.93 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.90 | $8.88 | $8.86 | $8.84 | $8.82 | $8.81 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $459.02 | $460.16 | $461.31 | $462.46 | $463.61 | $464.76 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $537.80 | $536.67 | $535.54 | $534.41 | $533.27 | $532.14 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.79 | $8.77 | $8.75 | $8.73 | $8.72 | $8.70 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $465.91 | $467.06 | $468.21 | $469.36 | $470.51 | $471.66 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $531.00 | $529.87 | $528.74 | $527.60 | $526.47 | $525.33 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.68 | $8.66 | $8.64 | $8.62 | $8.60 | $8.59 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $472.82 | $473.97 | $475.12 | $476.28 | $477.43 | $478.58 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $524.20 | $523.06 | $521.92 | $520.79 | $519.65 | $518.52 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.56 | $8.55 | $8.53 | $8.51 | $8.49 | $8.47 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $479.74 | $480.89 | $482.05 | $483.20 | $484.36 | $485.51 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | | | | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** | **$1,012.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $517.38 | $516.24 | $515.10 | $513.96 | $512.83 | $511.69 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.45 | $8.44 | $8.42 | $8.40 | $8.38 | $8.36 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $486.67 | $487.82 | $488.98 | $490.14 | $491.29 | $492.45 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE: **Vivian A McKinney, Debtor**  CASE NO **16-60527**

CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  |  | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
|  |  | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $510.55 | $509.42 | $508.28 | $507.13 | $506.00 | $504.86 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.35 | $8.32 | $8.30 | $8.29 | $8.27 | $8.25 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $493.60 | $494.76 | $495.92 | $497.08 | $498.23 | $499.39 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  |  | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
|  |  | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $503.72 | $502.58 | $501.45 | $500.31 | $499.17 | $498.03 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.23 | $8.22 | $8.19 | $8.17 | $8.15 | $8.14 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $500.55 | $501.70 | $502.86 | $504.02 | $505.18 | $506.33 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  |  | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
|  |  | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $496.89 | $495.75 | $494.61 | $493.47 | $492.34 | $491.20 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.12 | $8.10 | $8.08 | $8.06 | $8.04 | $8.02 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $507.49 | $508.65 | $509.81 | $510.97 | $512.12 | $513.28 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  |  | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
|  |  | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $490.05 | $488.92 | $487.78 | $486.64 | $485.51 | $484.37 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $8.01 | $7.99 | $7.97 | $7.95 | $7.93 | $7.91 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $514.44 | $515.59 | $516.75 | $517.91 | $519.06 | $520.22 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  |  | BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  |  | NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
|  | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
|  |  | DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
|  |  | ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bayview Financial Loan | $28,397.25 | 0.00% | $0.00 | $483.23 | $130.24 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $464.00 | 0.00% | $0.00 | $7.89 | $2.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wfds/wds | $23,826.00 | 5.50% | $3,273.78 | $521.38 | $141.16 | $0.00 | $0.00 | $0.00 | $0.00 |

**Page 2**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Vivian A McKinney, Debtor**  CASE NO **16-60527**

CHAPTER **13**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| NEW BALANCE: | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 | $1,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$1,012.50** | **$273.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $738.97 | $1,012.50 | $1,012.50 | $1,012.50 | $1,012.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Fill in this information to identify your case:**

Debtor 1: **Vivian** **A** **McKinney**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **16-60527**

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income       12/15

**Be as complete and accurate as possible.** If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Temp IRS** | |
| Employer's name | **IRS** | |
| Employer's address | **3651 SIH Frontage Rd**<br>Number  Street | Number  Street |
|  | **Austin**   **TX**   **73301**<br>City   State   Zip Code | City   State   Zip Code |
| How long employed there? | **4 months** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $1,926.53 | |
| 3. **Estimate and list monthly overtime pay.** | + $0.00 | |
| 4. **Calculate gross income.** Add line 2 + line 3. | $1,926.53 | |

Debtor 1  **Vivian**    **A**    **McKinney**      Case number (if known) **16-60527**
First Name    Middle Name    Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................................... → 4. | $1,926.53 | |
| **5. List all payroll deductions:** | | |
| 5a. Tax, Medicare, and Social Security deductions   5a. | $371.15 | |
| 5b. Mandatory contributions for retirement plans   5b. | $0.00 | |
| 5c. Voluntary contributions for retirement plans   5c. | $0.00 | |
| 5d. Required repayments of retirement fund loans   5d. | $0.00 | |
| 5e. Insurance   5e. | $0.00 | |
| 5f. Domestic support obligations   5f. | $0.00 | |
| 5g. Union dues   5g. | $0.00 | |
| 5h. Other deductions. Specify: _____   5h. + | $0.00 | |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $371.15 | |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $1,555.38 | |
| **8. List all other income regularly received:** | | |
| 8a. Net income from rental property and from operating a business, profession, or farm   8a. | $631.00 | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. Interest and dividends   8b. | $0.00 | |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. Unemployment compensation   8d. | $0.00 | |
| 8e. Social Security   8e. | $0.00 | |
| 8f. Other government assistance that you regularly receive | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| Specify: **VA**   8f. | $1,162.32 | |
| 8g. Pension or retirement income   8g. | $1,924.89 | |
| 8h. Other monthly income. Specify: **2015 Tax Refund**   8h. + | $505.16 | |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $4,223.37 | |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $5,778.75 + _____ = | $5,778.75 |
| **11. State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____   11. + | | $0.00 |
| **12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. | | $5,778.75 **Combined monthly income** |

Official Form 106I     **Schedule I: Your Income**     page 2

| Debtor 1 | **Vivian** | **A** | **McKinney** | Case number (if known) | **16-60527** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

16-60527-rbk Doc#7 Filed 08/02/16 Entered 08/02/16 16:48:40 Main Document Pg 13 of 16

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vivian** | **A** | **McKinney** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS | | |
| Case number (if known) | **16-60527** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Your Household

**1.   Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes.  **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**   ☑ No
   Do not list Debtor 1 and   ☐ Yes. Fill out this information for each dependent......
   Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$990.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$127.08** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d. | Homeowner's association or condominium dues | 4d. | |

| Debtor 1 | **Vivian** | **A** | **McKinney** | Case number (if known) | **16-60527** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$75.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$261.00** |
| | 6d.  Other. Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$200.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$30.00** |
| 10. | **Personal care products and services** | 10. | **$60.00** |
| 11. | **Medical and dental expenses** | 11. | **$25.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$103.84** |
| | 15d.  Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other. Specify: | 17c. | |
| | 17d.  Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1 **Vivian** **A** **McKinney** Case number (if known) **16-60527**
First Name        Middle Name        Last Name

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$631.00** |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.** **Other.** Specify: **Cell Phone**     21. + **$226.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,428.92** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$3,428.92** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$5,778.75** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. – | **$3,428.92** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$2,349.83** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**